UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DIEGO PACHECO,<br>Defendant. | **ORDER**<br><br>26 CR 178 (VB) |

At the sentencing hearing on July 21, 2026, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED, in the above referenced case. Accordingly, defendant Diego Pacheco, USM #48987-512, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration, parole, or law enforcement authorities.

Dated: July 21, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge